## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ELIAN TEIG, et al.,

       Plaintiffs

       v.

EMBASSY SUITES (PUERTO RICO), INC., et al.,

       Defendants

99 SEP -2 PM 4:56

CIVIL NUMBER: 98-1413(SEC)

# TELEPHONE CONFERENCE REPORT

The conference scheduled for September 2, 1999 was set aside. A telephone conference was held today regarding the progress of the settlement negotiations. Even though there is a gap between the parties respective positions, they are no too far apart and they are placing their best efforts to settle.

Plaintiffs will make a final written proposal within the next five (5) days. If there is no settlement, then another settlement conference will be scheduled before this magistrate on short notice.

The parties were advised that not withstanding these settlement negotiations, they still have to comply with the scheduled set by Judge Casellas.

The parties stated that they have agreed to consent to proceed before this magistrate and that they have no objections if the Court enters the order of approval without the need of filing the standard form used for these referrals.

In San Juan, Puerto Rico, this 1st day of September, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE