IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIAN TEIG, et al. | * |
| | * |
| Plaintiffs | * |
| | * Civil No. 98-1413(SEC) |
| v. | * Diversity/Personal Injury |
| | * |
| EMBASSY SUITES HOTEL, et al. | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon referral of this case to Magistrate J.A. Castellanos for the holding of a case management and settlement conference, on September 1st, 1999, Magistrate Castellanos held a telephone conference in which counsel for the parties participated. At said conference, parties informed the Magistrate that they were willing to consent to proceed before him and that they had no objection to the Court entering the referral order without the need for filing the standard consent form.

In light of the above, the above-captioned action is hereby **REFERRED** to Magistrate J.A. Castellanos for all further proceedings and entry of judgment pursuant to the consent of the parties.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)