IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIAN TEIG, et al.,

    Plaintiffs

v.      CIVIL NUMBER: 98-1413(SEC-JAC)

EMBASSY SUITES (PUERTO RICO), INC., et al.,

    Defendants

## ORDER

The **Final Pretrial Conference** is hereby scheduled for **Wednesday, February 16, 2000 at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of September, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)