IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIAN TEIG, et al.,

    Plaintiffs

v.                                              CIVIL NUMBER: 98-1413(SEC)

EMBASSY SUITES (PUERTO RICO), INC., et al.,

    Defendants

## ORDER

The joint stipulation for dismissal of November 18, 1999, (D.E. #24) is hereby granted. The settlement agreement of same date is also approved in its entirety. The terms and conditions of this settlement agreement are incorporated and made part of this order by reference.

The Clerk of the Court is to enter judgment dismissing the complaint, with prejudice and without the imposition of costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of November, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)