IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Elian Teig, et al

Plaintiffs

v.                                                              Civ. 98-1413 (SEC) (JAC)

Embassy Suites (Puerto Rico), Inc., et al

Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Jesús A. Castellanos, has entered an order on November 30, 1999 granting the "Joint Stipulation for Dismissal" filed by the parties on November 18, 1999. WHEREFORE, it is

**ORDERED AND ADJUDGED** that said agreement be, and is hereby binding between the parties, FURTHER, IT IS

**ORDERED AND ADJUDGED** that said agreement be, and is hereby made part of this judgment as though set forth in extenso.

FURTHER it is **ORDERED AND ADJUDGED** that this complaint be, and is hereby **DISMISSED** with prejudice, and without the imposition of costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of December, 1999.

FRANCES RIOS DE MORAN
Clerk of the Court

*[signature]*
Deputy Clerk

s/cs: Harry Anduze-Montaño
      Arturo Díaz-Angueira